```
                    UNITED STATES DISTRICT COURT
                   Eastern District of Pennsylvania
                          U.S. Court House
                       Independence Mall West
                          601 Market Street
                      Philadelphia, PA  19106-1797
```

August 14, 2002

**NOTICE OF HEARING:**

RE:    DE LAGE LANDEN FINANCIAL v. BECKER INCORPORATED, ET AL
         Civil Action No. 02-4069

Dear Counsel:

Please be advised that a hearing is scheduled on plaintiff's request for default judgment.  The hearing will be held on August 29, 2002 at 11:00 a.m. in Courtroom 6A, 6th Floor, United States Courthouse, 601 Market Street, Philadelphia, PA 19106. **The moving party should make service of this notice and provide the Court with proof thereof.**

Very truly yours,

Gerrie M. Keane
Deputy Clerk to Judge Padova

To: Christopher C. Negrete, Esquire