UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania
U.S. Court House
Independence Mall West
601 Market Street
Philadelphia, PA  19106-1797


August 21, 2002


**NOTICE OF HEARING:**

RE:    DE LAGE LANDEN FINANCIAL v. BECKER INCORPORATED, ET AL
       Civil Action No. 02-4069


Dear Counsel:

    Please be advised that the hearing on Plaintiff's request to enter default judgment scheduled for August 29, 2002 has been rescheduled for August 28, 2002 at 3:00 p.m. in Courtroom 6A, 6th Floor, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.  **The moving party should make service of this notice and provide the Court with proof thereof.**



Very truly yours,



Gerrie M. Keane
Deputy Clerk to Judge Padova

To: Christopher C. Negrete, Esquire