```
             UNITED STATES DISTRICT COURT
           Eastern District of Pennsylvania
                  U.S. Court House
                Independence Mall West
                  601 Market Street
               Philadelphia, PA  19106-1797
```

August 27, 2002

**NOTICE OF HEARING:**

RE:    DE LAGE LANDEN FINANCIAL v. BECKER INCORPORATED, ET AL
         Civil Action No. 02-4069

Dear Counsel:

Please be advised that the hearing on Plaintiff's request to enter default judgment scheduled for August 28, 2002 has been rescheduled for September 19, 2002 at 1:30 p.m. in Courtroom 6A, 6th Floor, United States Courthouse, 601 Market Street, Philadelphia, PA 19106. **The moving party should make service of this notice and provide the Court with proof thereof.**

Very truly yours,

Gerrie M. Keane
Deputy Clerk to Judge Padova

To: Christopher C. Negrete, Esquire